UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE VELA-VESQUEZ, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-01986-JCM-CWH |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an inmate. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this court.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new complaint in a new action. The clerk of the court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the clerk of the court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, one copy of instructions for the same, and one copy of the complaint (ECF No. 1).

1     **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
2 application in a new action, but he may not file further documents in this action.
3     **IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.
4     Dated this 20th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE